MERCANTILE PAPER PRODUCTS CO., INC., Appellant, *v.* 1491 THIRD AVENUE REALTY CORPORATION et al., Respondents.

(Argued February 10, 1931; decided February 19, 1931.)

*Louis Rosenberg* for appellant.
*Oscar Englander* and *Reuben Greenbaum* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.